**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE D. MCEWING                                                            PLAINTIFF
ADC # 116327

v.                                      5:12-cv-00298-DPM-JJV

SHORES, Lt., Varner Unity,
Arkansas Department of Correction; *et al.*                    DEFENDANTS

## AMENDED AND SUBSTITUTED ORDER

    Before the Court is Plaintiff's Motion to Amend/Correct Complaint (Doc. No. 17.)  Plaintiff seeks to amend his Complaint to include only Stephen Cockrell, Robert Hutchinson, Major Byers, James Plummer, Lt. Shores, and John Does.  Unless Plaintiff otherwise clarifies, on February 6, 2013, Plaintiff will proceed against only Stephen Cockrell, Robert Hutchinson, Major Byers, James Plummer, Lt. Shores, and John Does; all other Defendants will be voluntarily dismissed from this cause of action.

    IT IS SO ORDERED this <u>18th</u> day of <u>January</u>, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE