**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ANDRE D. MCEWING, ADC #116327                                              PLAINTIFF

v.                                    5:12CV00298-DPM-JJV

SHORES, Lt., Varner Unit,
Arkansas Department of Correction; *et al.*                               DEFENDANTS

## ORDER

1.     Service is appropriate for all Defendants.

2.     The Clerk of the Court shall prepare Summons for the Defendants.

3.     The United States Marshal shall serve a copy of the Complaint and Amended

Complaints (Doc. Nos. 2, 17, 20) with Summons on Defendants without prepayment of fees and

costs or security therefore.

       SO ORDERED this 12th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE