**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE D. MCEWING,  PLAINTIFF
ADC #116327

v.  5:12CV00298-DPM-JJV

SHORES, Lt., Varner Unit, Arkansas
Department of Correction; *et al.*  DEFENDANTS

## ORDER

On February 12, 2013, this Court directed service of the Summons, Complaint, and Amended Complaints on all Defendants. (Doc. No. 23.) Summons was returned unexecuted for Defendant M. Rowe who is not an employee of the Arkansas Department of Corrections. (Doc. No. 25.) The Court then attempted to serve Defendant Rowe at Corizon Medical Services. (Doc. No. 42.) The Summons was again returned unexecuted because Defendant Rowe is not listed as an employee of Corizon. (Doc. No. 46.) The Court realizes Plaintiff is at a disadvantage in trying to locate M. Rowe. However, Plaintiff is obligated to perfect service. FED. R. CIV. P. 4. Accordingly, Plaintiff shall, within thirty (30) days of the date of this Order, provide an address at which M. Rowe may be served. Failure to do so will result in the dismissal of all claims against Defendant Rowe without prejudice. FED. R. CIV. P. 4(m).

DATED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE