**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE D. MCEWING,                                                                         PLAINTIFF
ADC # 116327

v.                                          5:12CV00298-DPM-JJV

SHORES, Lieutenant, Varner Unit,
Arkansas Department of Correction; *et al.*                                 DEFENDANTS

## ORDER

Plaintiff filed this action on August 2, 2012 (Doc. No. 2). On January 18, 2013, Plaintiff added John Does as defendants but to date, no identification has been provided to the Court.

Plaintiff is hereby notified he must provide identification with addresses for John Does within thirty days of the date of this Order. In accordance with Federal Rule of Civil Procedure 4(m), failure to obtain service shall result in the dismissal of these defendants without prejudice.[1]

SO ORDERED this 27th day of November, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] FED. R. CIV. P. 4(m) Time Limit for Service: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."