IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY D. HALL,
ADC #105963                                                    PETITIONER

v.                          5:13-cv-340-DPM

RAY HOBBS, Director, ADC                                       RESPONDENT

# JUDGMENT

Hall's petition for writ of habeas corpus is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2013