IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE D. McEWING
ADC #116327                                                      PLAINTIFF

v.                              No. 5:12-cv-298-DPM-JJV

SHORES, Lieutenant, Varner Unit, ADC;
ROBERT HUTCHESON, Sargeant, Varner Unit, ADC;
COCKRELL, Sergeant, Varner Unit, ADC;
HAYES, Sergeant, Varner Unit, ADC;
J. BYERS, Major, Varner Unit, ADC;
JAMES PLUMMER, Sergeant, Varner Unit, ADC;
J. PRICE, Property Officer, Varner Unit, ADC;
NEWTON, Nurse, Varner Unit, ADC;
FLORIA WASHINGTON, Sergeant, Varner Unit, ADC;
TONDA SPENCER, Sergeant, Varner Unit, ADC;
MINNIE DRAYER, Administrative Disciplinary Judge, ADC;
J. BANKS, Unit Warden, Varner Unit, ADC;
BENNY MOORE, CO II, Varner Unit, ADC; MARK ALLEN,
CO II, Varner Unit, ADC; DERRICK JONES, CO II,
Varner Unit, ADC; STEPHEN POE, Sergeant;
PATRICIA COOLEY, Sergeant, Varner Unit, ADC;
STEVENS, Captain, Varner Unit, ADC; JOHNSON,
Lieutenant, Varner Unit, ADC; S. BYERS, Nurse,
Varner Unit, ADC; and GENE CAROL ABLES, Nurse,
Varner Unit, ADC                                                DEFENDANTS

ORDER

Motion to clarify, № 206, granted. The remaining claim against

Plummer is that he denied McEwing a shower.

So Ordered.

D.P. Marshall Jr.
United States District Judge

23 December 2014