IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE D. McEWING
ADC #116327                                                                                    PLAINTIFF

v.                          No. 5:12-cv-298-DPM-JJV

SHORES, Lieutenant, Varner Unit, ADC;
ROBERT HUTCHESON, Sergeant, Varner Unit, ADC;
COCKRELL, Sergeant, Varner Unit, ADC;
HAYES, Sergeant, Varner Unit, ADC;
J. BYERS, Major, Varner Unit, ADC;
JAMES PLUMMER, Sergeant, Varner Unit, ADC;
J. BANKS, Unit Warden, Varner Unit, ADC; and
MARK ALLEN, CO II, Varner Unit, ADC;                                   DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 215, and overrules McEwing's objection, № 216.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 January 2015