IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE D. McEWING
ADC #116327                                                                                    PLAINTIFF

v.                              No. 5:12-cv-298-DPM

SHORES, Lieutenant, Varner Unit, ADC;
ROBERT HUTCHESON, Sergeant, Varner Unit, ADC;
COCKRELL, Sergeant, Varner Unit, ADC;
HAYES, Sergeant, Varner Unit, ADC;
J. BYERS, Major, Varner Unit, ADC;
JAMES PLUMMER, Sergeant, Varner Unit, ADC;
J. PRICE, Property Officer, Varner Unit, ADC;
NEWTON, Nurse, Varner Unit, ADC; M. ROWE, Nurse
Varner Unit, ADC; FLORIA WASHINGTON,
Sergeant, Varner Unit, ADC; TONDA SPENCER,
Sergeant, Varner Unit, ADC; MINNIE DRAYER,
Administrative Disciplinary Judge, ADC;
J. BANKS, Unit Warden, Varner Unit, ADC;
BENNY MOORE, CO II, Varner Unit, ADC;
MARK ALLEN, CO II, Varner Unit, ADC;
DERRICK JONES, CO II, Varner Unit, ADC;
STEPHEN POE, Sergeant; PATRICIA COOLEY,
Sergeant, Varner Unit, ADC; STEVENS, Captain,
Varner Unit, ADC; JOHNSON, Lieutenant,
Varner Unit, ADC; S. BYERS, Nurse, Varner Unit,
ADC; JOHN DOES; and GENE CAROL ABLES,
Nurse, Varner Unit, ADC                                                                   DEFENDANTS

JUDGMENT

1. McEwing's claims are dismissed without prejudice against Rowe,

Spencer, Moore, Jones, Poe, Johnson, Cooley, Stevens, Washington, Drayer,

Ables, Shelly Byers, Newton, Price, and John Does.

2. McEwing's claims are dismissed with prejudice against Hutcheson, Shores, Cockrell, Hayes, Banks, Allen, Jared Byers, and Plummer.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 January 2015

-2-